# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUA HSI LUU,<br><br>   Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>   Defendant. | Case No.  EDCV 07-892 RNB<br><br>**J U D G M E N T** |

   In accordance with the Order Reversing Decision of Commissioner, and Remanding for Further Administrative Proceedings filed herewith,

   IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded further administrative proceedings.

DATED: April 14, 2008

_____
ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE